214 So.2d 161

**Frank William SKYLES**

**v.**

**STATE FARM FIRE & CASUALTY COMPANY.**

No. 49351.

Oct. 3, 1968.

In re: Frank William Skyles applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Caddo. 210 So.2d 609.

Writs refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

■

214 So.2d 161

**Hugh T. BRAMLETTE**

**v.**

**Rufus J. HEBERT.**

No. 49358.

Oct. 3, 1968.

In re: Hugh T. Bramlette applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 210 So.2d 361.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.